# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRANDON HILLMAN,** on behalf of himself and all others similarly situated, **Plaintiff,** | **CIVIL ACTION** |
| v. | **NO. 13-2128** |
| **NCO FINANCIAL SYSTEMS, INC.,** **Defendant.** | |

## O R D E R

**AND NOW,** this 25 day of September, 2013, upon consideration of defendant's Motion to Dismiss (Document No. 5, filed June 24, 2013), plaintiff's Opposition to Defendant's Motion to Dismiss (Document No. 7, filed July 8, 2013), and defendant's Reply in Support of Motion to Dismiss (Document No. 11, filed July 22, 2013), for the reasons set forth in the attached Memorandum dated September 25, 2013, **IT IS ORDERED** that defendant's Motion to Dismiss is **GRANTED** and plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

                                                   **BY THE COURT:**

                                                   _/s/ Jan E. DuBois_
                                                   **DuBOIS, JAN E., J.**